United States Courts
Southern District of Texas
FILED
May 17, 2022
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. **L-22-CR- 622** |
| § | |
| JOSE ROLANDO ORTIZ § | **MGM** |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about November 14, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE ROLANDO ORTIZ,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Smith and Wesson, Model M&P 45, .45 caliber revolver, serial number HMZ2817 and Glock, Model 19, 9mm pistol, serial number ABPH802 and said firearms having been shipped and transported in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about November 14, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE ROLANDO ORTIZ,**

after having been previously convicted of a felony crime of violence, did knowingly purchase, own, or possess body armor, to wit: PARACLETE Hard armor plate, Model: 10079 with a Point Blank Body Armor Carrier.

In violation of Title 18, United States Code, Sections 931(a)(1) and 924(a)(7).

## NOTICE OF FORFEITURE

### 18 U.S.C. §922(g)
### (Count 1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

**JOSE ROLANDO ORTIZ,**

that upon conviction of a violation of Title 18, United States Code, Section 922(g), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

(1) Glock 19 Gen 5, serial number ABPH802
(2) Smith and Wesson M&P, .45 caliber, serial number HMZ217

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

Brandon Bowling
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

**CRIMINAL DOCKET**    L-22-CR-622

<u>   LAREDO   </u> DIVISION                                   NO._____

FILE: 22-00487      MAG#: 2022R00487            **MGM**
<u>INDICTMENT</u>      Filed: <u>May 17, 2022</u>           Judge:_____

ATTORNEYS:

UNITED STATES OF AMERICA

                                         <u>JENNIFER B. LOWERY, USA</u>
VS.                                 <u>BRANDON BOWLING, AUSA</u>

**JOSE ROLANDO ORTIZ**

**CHARGES:**

Count 1:    Possession of Firearm by a person having been convicted of a crime punishable by imprisonment for a term exceeding one year
              [18 USC 922(g)(1), 924(a)(2)]

Count 2:    Prohibition on purchase, ownership, or possession of body armor by violent felon
              [18 USC 931(a)(1) and 924(a)(7)]

              Notice of Forfeiture

**TOTAL COUNTS: 2**

**PENALTY:**

Count 1:          0 to 10 years and/or $250,000 Fine, $100 special assessment,
                    Not more than a three (3)-year term of supervised release

Count 2:          0 to 3 Years and/or $250,000.00, $100.00 Special Assessment,
                    Not More Than 1 Year Term of Supervised Release